U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 3 2019

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 5:19-MJ-00180-BQ-1** |
| | § | |
| | § | |
| **AIDEN BRUCE-UMBAUGH** | § | |

## ORDER FINDING PROBABLE CAUSE

Defendant AIDEN BRUCE-UMBAUGH is charged in a one count complaint with Possession of a Firearm by an Unlawful User of a Controlled Substance, in violation of 18 U.S.C. §§ 922(g)(3), and 924(a)(2).

The Court conducted a Preliminary Hearing on November 13, 2019. The Court finds the evidence presented by the Government to be credible and reliable and, as a result, that probable cause exists to believe that the offense alleged in the complaint entitled the *United States of America v. Aiden Bruce-Umbaugh*, Case No. 5:19-MJ-00180-BQ-1, has been committed and that Defendant committed it. Accordingly, Defendant will be held to answer in District Court.

It is therefore,

**ORDERED** that Defendant shall appear for further proceedings as directed by the Court.

The Clerk will furnish a copy of this Order to each attorney of record.

**DATED**: November 13, 2019.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE